IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, an agency of
the State of Florida, and
FLORIDA FOUNDATION SEED
PRODUCERS, INC., a not-for-
profit corporation chartered by the State
of Florida,

     Plaintiffs,

v.                                                                    Case No.  1:16-cv-27-MW-GRJ

HARTMANN'S PLANT COMPANY,

     Defendant.

_____/

## O R D E R

On January 6, 2017, the Court conducted a telephonic conference with the parties. During the telephone conference the parties discussed the progress of settlement. The Defendant has provided Plaintiff with documents Plaintiff requested. Based upon Plaintiff's review of the information provided by Defendant Plaintiff has made a settlement demand to Defendant for its review and response.  The parties request that the Court schedule a deadline for Defendant to respond to Plaintiff's settlement demand, and if the matter is not then resolved, to schedule a telephonic conference with the parties for a further and final settlement conference.

Accordingly, upon due consideration, it is **ORDERED**:

1.   Defendant must respond to Plaintiff's recent settlement offer no later than **January 12, 2017**.

2.   In the event the case is not settled at that time, the parties must provide the Court with a supplement to their previously provided confidential settlement conference statement no later than **January 20, 2017**. The supplement will be provided to the Court by email or courier service and shall remain confidential.

3.   A telephonic settlement conference is scheduled for **January 27, 2017, at 1:30 PM (EST)**. The parties and their counsel are directed to call the AT&T Conference Line at 888-684-8852 to access the telephonic conference. The parties may dial into the conference call up to five minutes before the scheduled start time. Enter 4251733# when prompted for an access code, and 3696# when prompted for a security code.[1] To facilitate private discussions between the Court and each side, the parties are directed to provide the Court in confidence with a telephone number where the Court may contact counsel and their respective clients separately so that the Court may caucus with each side in confidence.

4.    In the event that the case has not settled at the conclusion of the settlement conference, the Court will then declare an impasse and the case will proceed.

**DONE AND ORDERED** this 9th day of January 2017.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] The quality of the audioconference is compromised by the use of cell phones or speaker phones and counsel are requested not to use those devices during the call. The parties are reminded to mute their phones when they are not speaking.